# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00610-CV

**In re John E. Sutton**

**J. L. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY, NO. C140026CPS, THE HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

PER CURIAM

        This is a contempt proceeding ancillary to the appeal of J. L. M. The subject of this proceeding is John E. Sutton, appellant's attorney.

        Appellant filed his notice of appeal on September 30, 2015, and his brief was due November 2, 2015. On November 4, 2015, we ordered counsel to file appellant's brief no later than November 23, 2015. To date, appellant's brief has not been filed.

        Therefore, it is hereby ordered that John E. Sutton shall appear in person before this Court on Wednesday, December 16, 2015, at 9:00 a.m., in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why he should not be held in contempt and have sanctions imposed for his failure to obey our November 4, 2015 order. This order to show cause

will be withdrawn and Sutton will be relieved of his obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief on or before December 14, 2015.

It is ordered on December 1, 2015

Before Chief Justice Rose, Justices Pemberton and Field